# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No.  6:06-cr-103-Orl-31DAB**

**CHARLES MATTHEW PARSON**

_____

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on September 11, 2006 for consideration of a Report and Recommendation rendered by Magistrate Judge David A. Baker (Doc. No. 23), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on May 26, 2006.  The Defendant was represented at the hearing by Daniel Broderson, Esquire.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant's supervised release is hereby revoked and the defendant is committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of 8 months.  The sentence shall be served concurrent to the sentence imposed by the undersigned in Case Number 6:03-Cr-204-Orl-31DAB and consecutive to the sentence imposed by Judge John Antoon in Case Number 6:06-Cr-11-Orl-28JGG.   The Court will recommend that the defendant receive drug treatment while incarcerated.  The Defendant shall voluntary surrender to the United States Marshal on September 13, 2006, as directed by Judge Antoon in Case Number 6:06-Cr-11-Orl-28JGG.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by this Court.

**DATED AND ORDERED** on September 11, 2006, on Orlando, Florida.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Certified Distribution to:

Bureau of Prisons
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant